UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. O'CONNELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV559 CDP |
| | ) | |
| MERTENS PLUMBING AND MECHANICAL, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiffs' motion for default judgment. The Clerk of the Court entered default on July 21, 2005 for defendant's failure to appear or otherwise respond to this action after being served with process on April 13, 2005. I have reviewed plaintiffs' memorandum in support of their motion and the accompanying affidavits and exhibits, and I find that plaintiffs are entitled to default judgment in the amount requested. Therefore, I will grant plaintiffs' motion and enter default judgment in the amount of **$27, 032.02.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment [37] is granted.

A separate Judgment will accompany this Memorandum and Order.

                                              */s/ Catherine D. Perry*
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 26th day of July, 2005.